Andrew Bednarczyk, Appellee, v. Rozalia Kudla et al., Defendants. Matilda Yoelin, Administratrix, Appellant.

Gen. No. 40,901. (Abstract of Decision.)

Heard in first division, first district, this court at April term, 1939; opinion filed May 20, 1940. Estelle M. Wells, for appellant; William M. Zipperman, for appellee; Maurice L. Lewis and Irving S. Abrams, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''